UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL A. RILEY,<br><br>Defendant. | No. CR01-0259RSL<br><br>ORDER DENYING MOTION |

This matter comes before the Court on defendant's "Motion to Modify Sentence for Early Release" (Dkt. #316). Though defendant is scheduled to be released to a halfway house on July 11, 2007, he seeks an order from the Court that would release him immediately due to his health condition. Defendant has not established that adequate health care is unavailable to him at the Federal Detention Center. Defendant's motion is therefore DENIED.

DATED this 3rd day of July, 2007

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge